FILED

02/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0444

_____

IN THE MATTER OF:

A.N., J.G. and A.G.,                                      O R D E R

    Youths in Need of Care.

_____

Upon consideration of Appellant Mother's motion to consolidate, and good cause appearing,

Appellant's motion is GRANTED and Cause Nos. DA 21-0444, DA 21-0445, and DA 21-0446 are hereby consolidated under Cause No. DA 21-0444 and captioned as above.

Electronically signed by:
Mike McGrath
ORDER
Chief Justice, Montana Supreme Court
February 18 2022